UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID T. OSMENA, ET AL.,          No. 3:12-cv- 02937 WHA (JCS)

    Plaintiff(s),

    v.          **ORDER TO SHOW CAUSE**

LLOYDS TSB BANK, PLC.,

    Defendant(s).
_____/

On October 2, 2012, this Court issued a Notice of Settlement Conference and Settlement Conference Order [dkt no. 42]. On April 29, 2013, a Clerk's Notice was issued rescheduling the settlement conference. A settlement conference was held, as scheduled, on July 10, 2013. Defendant appeared. Plaintiff David T. Osema and Patricia Hogan-Osema, and their counsel, did not appear as ordered.

IT IS HEREBY ORDERED that Plaintiffs David Osema and Patricia Osema shall appear on **August 16, 2013, at 9:30 AM**, before Magistrate Judge Joseph C. Spero and then and there show cause why they should not be sanctioned for failure to follow the Court's Orders.

IT IS SO ORDERED.

Dated: July 12, 2013

                                               JOSEPH C. SPERO
                                               United States Magistrate Judge