UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T OSMENA, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>LLOYDS TSB BANK, PLC, et al.,<br><br>         Defendants. | Case No.  12-cv-02937-WHA  (JCS)<br><br>**ORDER EXPUNGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 98 |

IT IS HEREBY ORDERED that the Order to Show Cause, issued on July 12, 2013, is hereby EXPUNGED and the August 16, 2013 hearing date is VACATED.

**IT IS SO ORDERED**.

Dated:   August 12, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge